AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
12:59 pm, Jul 20 2021

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:21-CR-103 |
| DERRICK FLEMING | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DERRICK FLEMING,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 846

WARRANT ISSUED

JOHN S. COURTER, Clerk

Date: 07/20/2021     By: *Marissa Mast*
                          DEPUTY CLERK

City and state: Des Moines, Iowa       Helen C. Adams, Chief U.S. Magistrate Judge
                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 7/21/21
at *(city and state)* DES MOINES, IA.

Date: 7/21/21

*Arresting officer's signature*

DANNY WHITE FBI TFO
*Printed name and title*